IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00161-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. ADRIAN PEREZ-MENDOZA;
2. JUAN MAGARITO PEREZ-BENCOMO,
   aka "Raton,"
   aka Osvaldo Perez,
   aka Osvaldo Perez-Perez,
   aka Juan Alberto Gamboa-Molina;
3. BERNARDO RASCON-MENDOZA;
4. RIGOBERTO RASCON-MENDOZA,
   aka "Rigo;"
5. ALDO SAUZ,
   aka "Meno,"
   aka Aldo Sauz-Olmo,
   aka Eduardo Matus-Lujan;
6. JORGE JAQUEZ-PEREZ,
   aka Jorge Galaviz,
   aka "Lupe,"
   aka "Papa,"
   aka "Cachis;"
7. GABRIEL VARGAS-VEGAS,
   aka "Gordo,"
   aka "Jaime,"
   aka "Edgar;"
8. JESUS NOE MENDOZA-OCHOA,
   aka "Kenny,"
   aka Cesar Mendoza,
   aka "Chuy,"
   aka "Guero;"
9. ANTONIO ANCHONDO-GONZALEZ,
   aka "Gordo;"
10. ANGEL CALDERON-VILLEGAS,
    aka Gustavo Escalante-Martinez,
    aka "Gio;"

| | |
|---|---|
| 11. | EDUARDO CALDERON-VILLEGAS,<br>aka Jose Perez-Lopez,<br>aka "Chapo;" |
| 12. | JOSE PLASCENCIA,<br>aka "Vaca;" |
| 13. | FAUSTO OLIVAS; |
| **14.** | **ERNEST RAMIREZ,<br>aka "Chicano,"<br>aka Ernie Ramirez,<br>aka Ernest A. Ramirez**; |
| 15. | JENNER HINOJOS,<br>aka Jenner Hinojos-Mendoza; |
| 16. | ALFONSO CANTU,<br>aka "Alex;" and |
| 17. | DANIEL FEDERICO STROHM,<br>aka "Danny,"<br>aka Daniel Frederick Strohn,<br>aka Daniel Frederick Max Strohm, |

        Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#524)** on March 9, 2009, by Defendant Ernest Ramirez. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **May 11, 2009,** at **9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A.

Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3. The motions hearing set for May 26, 2009 and May 27, 2009, are **VACATED** as to Defendant Ramirez, only.

DATED this 10th day of March, 2009.

                                                    **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                                    Marcia S. Krieger
                                                  United States District Judge

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*